

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2604

March 31, 2016

Honorable Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway, 4th Floor
Albany, NY 12207

Re:   *Whitley v. Bean*
      15-CV-0378 (MAD)(DJS)

Dear Judge Stewart:

As of today's date, plaintiff's attorney has not entered a notice of appearance with the court on this matter. With the deadline for discovery once again approaching, I respectfully request that discovery be stayed until either: 1) Mr. Muniz files a notice of appearance or 2) Mr. Muniz files a letter with the court indicating that he will not be representing the plaintiff in this matter. I would then request a 45 day extension of the discovery deadline from that date in order for plaintiff's deposition to be taken.

Thank you for your consideration of this request.

*Pursuant to 28 U.S.C. § 1746 I declare that, on this date, I caused the plaintiff and his attorney to be served with a copy of this letter (and any aforementioned documents) by First-Class United States Mail at the addresses listed below.*

Respectfully,

*s/Ryan E. Manley*
Ryan E. Manley
Assistant Attorney General
Bar Roll No. 303048

cc:   Attorney Rafael Muniz
      Blake & Associates
      65 Broadway, Suite 714
      New York, NY 10006
      **VIA FIRST CLASS MAIL**

Vidal Whitley
10-B-2619
Elmira Correctional Facility
1879 Davis Street
Elmira, NY 14901
**VIA FIRST CLASS MAIL**